1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ANN H. VORIS, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JESSE LAMONT BAYLESS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   Case No. 1:06-CR-00370 AWI
                                      )
12          Plaintiff,                )   *AMENDED* STIPULATION TO CONTINUE
                                      )   STATUS CONFERENCE HEARING; ORDER
13      v.                            )
                                      )   Date:  February 26, 2007
14  JESSE LAMONT BAYLESS,             )   Time:  9:00 A.M.
                                      )   Judge: Hon. Anthony W. Ishii
15          Defendant.                )
    _____ )
16

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19  counsel that the **status conference hearing now set for January 29, 2007, may be continued to**

20  **February 26, 2007, at 9:00 A.M.**

21      This continuance is sought at the request of counsel for defendant to allow the defense additional

22  time for investigation and case preparation prior to hearing.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED:  January 25, 2007            By:   /s/  Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant United States Attorney
                                          Counsel for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender


DATED: January 25, 2007             By:   /s/ Ann H/ Voris
                                          ANN H. VORIS
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Jesse Lamont Bayless



### PROPOSED ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).


IT IS SO ORDERED.

**Dated:    January 26, 2007**              /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and [Proposed] Order Thereon                    2