FILED

JUL 09 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:06-CR-370 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JESSE LAMONT BAYLESS, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on July 2, 2010, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released on Monday, July 12, 2010 at 10:00a.m. to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

DATED: July 9, 2010

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1